Name : HICHAM MESNAOUI
Address : 1094 Alcatraz Avenue , Unit 324
          Emeryville , CA 94608.                                        06/22/2011
Email : hichammesnaoui@yahoo.com
Phone : 408-830-7439.
Plaintiff Pro-se.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | | |
|---|---|---|
| HICHAM MESNAOUI | ) | **CV 11 3165** |
| | ) | Case No. ------------------------------------- |
| Plaintiff | ) | Complaint |
| | ) | |
| VS | ) | DEMAND FOR JURY TRAIL |
| | ) | |
| JAMIE BERLOWITZ | ) | |
| CHRISTOPHER BERGAUST | ) | E-filing |
| | ) | |
| Defendants | ) | |

LB

-----------------------------------------------------------)

1. **Jurisdiction** . This court has jurisdiction over this complaint because it arises under the laws of the United States under the The title 28 , Section 1350 for the violation of Moroccan nationality's rights under the Laws of Nations and the treaties of the United States

2. **Venue** . Venue is appropriate in this court because one of the defendants works for the Diplomatic Security Services located in this district.

3. **Intra district assignment** . This lawsuit should be assigned to the San Francisco division of this court Because a substantial part of the events and illegal omission which give rise to this lawsuit occurred in the SF county.

4. **Plaintiff** . Hicham Mesnaoui a Moroccan citizen , a father of minor 3 years old how was a victim of An international kidnapping operation Morocco ( Morocco being a non hague country) to United States. To facilitate the kidnapping , the report consular of my child was forged in order to produce Fraud US passport (With respect to US passport).S.federal agent Mr. Jamie Berlowitz confirmed the passport to be counterfeit.

5. **Defendants** .* Mr Jamie Berlowitz represented by S.federal agent serving Diplomatic Security services Located in 235 Pine Street, Suite 900 – San Francisco , CA 94104.

   • Mr Christopher Bergaust represented by the U.S vice consular serving The Consulate General of United States in Casablanca, Morocco.

1.  Mr Christopher Bergaust committed a series of the violations of the Moroccan national law and the US federal

2.  Law.

3.      A) Moroccan nationality code . Dahir No. 1-58-250 of (September 6th 1958) article III amended by law No.

4.      62-06 promulgated by Dahir No. 1-07-80 of March 23rd, 2007.

5.      B) Treaty of the U.S and Morocco called ( The free trade agreement) , the chapter one section B:  General

6.  Definitions 44th paragraph *NATIONAL MEANS*.

7.      D) The federal civil rights, 18 U.S.C, section 241.

8.      E)  The international human rights, article 15.

9.      F)  Abuse of power. When the US vice consular in Morocco abused direct resources entrusted to him by

10. using the U.S Consulate in Morocco to forge a U.S passport , and also misused indirect resources such as the

11. immigration system , when he offered me short validity visa to get me into the United States only to be

12. deported later on as soon as the visa expires .Not to mention the irresponsible and inhuman treatment I

13. received right after the kidnapping of my daughter , where I was taken advantage of because my weak

14. English level, and given misleading advices.

15.      G)  The title III of the immigration and nationality act. Section. 322. [8 U.S.C. 1433](a)(3).

16. Mr. Jamie Berlowitz .is part of violating the 18 U.S.C , section 241 when I handed him the forged U.S passport

17. He confiscated it and refused to provide me with any official certificate confirming that it was in fact a

18. Fraudulent document and he dismissed the case on 2010, Number PF-2009-03203 if true.

19. **Note :** *To refer as The U.S. Consulate General in Casablanca, which is an integral part of the U.S. Mission in Morocco,*

20. *supports U.S policy and protects American interests , Is NOT forge documents of Moroccan kids and smuggle them*

21. *Out of Morocco.*

22 *As result of the violation of Moroccan law, U.S law and International law to produce a forged U.S passport (for the purpos*

23 *for smuggling my daughter from Morocco to the US and enforce the criminal court order by smart illegal away how*

24 *Charge my ex-wife abduction crime of my step child from United States to Morocco since 2003) ,*

1   which resulted in substantial physical , emotional and financial and harm my credit in Moroccan banks and lost my

2   Business completely, all in addition to the stress of my unnecessary complex legal troubles.

3   I have been forced into vagrancy with my daughter for more a year and half , due to the fact that I don't have the

4   Proper rights to work in the US nor do I have the to return to Morocco with my daughter where I can properly

5   Supported financially.

6   **Prayer for relief .** I m asking the court to enforce :

7           a) Enforce the defendant Mr Jamie Berlowitz to return the forged U.S passport of my child to me.

8               ( With respect to the passport).

9           b)Enforce a federal civil rights : The 18, U.S.C , section 241.

10          c) Enforce the title III of the immigration and nationality act , section 361.

11          d) Permission to take the child back to her home country as Moroccan Nationality.

12          e) Investigate the forging of the US passport , who facilited it? Was it the result of glaring discrimination

13              and prejudice ? or a conspiracy to serve hidden illegal agenda ?Or an serious corruption ? Or all...

14          f) Order to the defendants to pay $ 20Million, as compensation of the personnel injury of me and my child

15              and my seniors parents, OR acknowledge that the process by which my daughter entred the U.S. was illega

16              and recommend   granting me full custody along with the right to return to Morocco with my daughter.

Signature                                                           Date : 06/22/2011.

*Hicham Hesndaoui*

**COMPLAINT, PAGE (3) OF (3).**

159- 4536907

UNITED STATES OF AMERICA
DEPARTMENT OF STATE

# Consular Report of Birth Abroad

of a Citizen of the United States of America

**This is to certify that** SELMA QUEEN ABDRAHMAN
_(Name)_

born at MARRAKECH MOROCCO
_(City)_ _(Country)_

on DECEMBER 03, 2007 acquired United States citizenship at birth as established by documentary evidence presented
_(Date)_

to the Consular Service of the United States at CASABLANCA, MOROCCO
_(City / Country)_

on APRIL 30, 2009
_(Date)_

FEMALE
sex

## PARENTS

Father _____

Date of Birth _____

Mother MARYAM BINT ABDRAHMAN

Date of Birth AUGUST 15, 1978

(SEAL)

CONSULAR OFFICER _(Signature of Authorizing Officer)_
_(Title)_

CASABLANCA, MOROCCO
_(City / Country)_

APRIL 30, 2009
_(Date)_

A Consular Report of Birth is proof of United States citizenship by law. 22 USC 2705

FORM FS-240

**Ahmed MOUATASSIM**
Sworn Translator / Interpreter
Accredited to the Courts



أحمد معتصم
ترجمان محلف
مقبول لدى المحاكم

Working Languages : Arabic – English – French

التشكيلة اللغوية : عربية – إنجليزية – فرنسية

**TRANSLATION**
**N°118-1/6-09  A/E**

---

Folio 166

Birth certificate # 365
First Name:     **SELMA**
Last Name:     **MESNAOUI**

### UNABRIDGED BIRTH CERTIFICATE

On **December third, two thousand and seven**, at *09 PM ... minutes*, at *rue Yugoslavie, Marrakech*,

First Name:     <u>**Selma**</u>

Last Name:     **MESNAOUI**,

**female, Moroccan**,   was born.

Daughter of:  (father) *Hicham* son of *Mokhtar*, **Moroccan**, born in *Marrakech* on *April twenty-third, nineteen hundred and seventy-four*, *farmer*,

And of    : (mother) **Maryam Bint Abdrahman** daughter of *Abdrahman*, **American citizen**, born in **Ethiopia** on *August fifteenth , nineteen hundred and seventy-eight , teacher,*

Domiciled at *Derb Ihihane N°39, Marrakech.*

Drawn up on **December seventh, two thousand and seven**, in accordance with Mr. *Hicham MESNAOUI*'s statement, aged thirty-three, *farmer, Moroccan, father*, domiciled at the above-mentioned address, statement N°377, who, having read this, signed with us ~~or we signed alone~~, We, *Larbi BOULRHA ,Chief clerk, Registrar of births.*

Two signatures follow

---

**Authentic photocopy of unabridged birth certificate**
*May 15th 2009.*
Stamped : *Office of Records - Wilaya of Marrakech Tensift Al Haouz, Interior Ministry, Kingdom of Morocco*

Signed and stamped: *My. Abderrahman SOUBAI*

---

(There follows in French: *Registrar*'s signature was notarized by *Public Prosecutor at First Instance Tribunal of Marrakech* on *June 5, 09,* under N°*1182/6/09,*
Stamped and signed: *FDAILI FALI, Substitute to Public Prosecutor, First Instance Tribunal of Marrakech*
Stamped: *Public Prosecutor, First Instance Tribunal of Marrakech*

<u>On the reverse side:</u> There follows the notarization of Mr. *FDAILI FALI*'s signature at the *Ministry of Foreign Affairs and of Cooperation* in *Rabat* by Mr. *Said NAIT BACHIR, Head of Administrative Affairs Department*, signing on behalf of *the Director of Consular and Social Affairs* and under his authority, in *Rabat* on *June 18th 2009.*

There follow Mr. *Said NAIT BACHIR*'s signature and stamp, and seal of *Ministry of Foreign Affairs and of Cooperation* in *Rabat.*

Translated from Arabic on June 20, 2009

I, in my capacity as court certified translator , competent and duly authorized to translate from and into Arabic, French and English, do hereby certify to the best of my knowledge and intention that the above translation is a true and accurate translation of the original.

Ahmed MOUATASSIM
Sworn Translator / Interpreter
Accredited to the Courts

أحمد معتصم
ترجمان محلف
مقبول لدى المحاكم

Working Languages : Arabic - English - French

التشكيلة اللغوية : عربية – إنجليزية – فرنسية

## TRANSLATION
## N°118-2/6-09  A/E

KINGDOM OF MOROCCO
MINISTRY OF JUSTICE
FIRST INSTANCE TRIBUNAL
NOTARY DEPARTMENT

Filed, entry N°591, folio 436, record book III N°274, on Aug. 30, 2006 in Marrakech.

### MARRIAGE CERTIFICATE

Praise be to Allah.

The undersigned, Mr. *El Mostafa son of Abdeslam BEN DRIOUCH* and *Abdelilah AMRABTI*, in their capacity as legal witnesses practicing within the precinct of the *First Instance Tribunal of Marrakech*, received the following testimony transcribed under # *191*, folio *190*, on record book *24* belonging to *first notary*:

Considering a license to notarize this testimony issued under # *306* by the Notary Judge in *Marrakech* on *Aug. 25, 2006*, authorizing the marriage of Mr. *Hicham MESNAOUI* (Moroccan) and Miss *Maryam Bint Abdrahman* (American),

**The bonds of matrimony are hereby established** *with the blessing of Allah* **between:**

Mr. **Hicham MESNAOUI**, son of *Mokhtar MESNAOUI* and of *Rakia daughter of Boujemaa*, **Moroccan**, born on **April 23, 1974** in Marrakech according to an abridged copy of his birth certificate # *483/ year 1974*, issued to him in *Bab Taghzout* on *July 17, 2006*, **farmer**, bearer to ID # E545978 issued on May 3, 1997, residing at **Sidi Ben Slimane Derb Chihane N°39, Marrakech, single** according to his affidavit of eligibility to marry issued under N°332 from Bab Doukkala Arrondissement, on July 26, 2006, not suffering from any communicable diseases according to his medical certificate,

And Miss **Maryam Bint Abdrahman**, of **Ethiopian** origin and **American** nationality, daughter of *Abdrahman* and of *Selma Suliman*, born on **Aug. 15, 1978** in **Ethiopia**, exempted from presenting a birth certificate according to Minister of Justice's instruction to Family Judge in charge of matrimony at this court, file N°*1212/2006*, on July 12, 2006, **teacher**, bearer to residency permit N°**E011638 W** valid until Aug. 16, 2006, residing at **Lotissement Saada B immeuble Islane, Marrakech, single** according to affidavit of eligibility to marry issued to her by **US Consulate in Casablanca** on July 13, 2005 translated from English into Arabic by translator Mr. Mustapha Samdaji, not suffering from any communicable diseases according to her medical certificate,

Future wife is eligible to marry and is free from any impediments thereof,
This marriage has been concluded in consideration of a dowry amounting to *10 000 (ten thousand) dirhams*, all received by wife, who recognized it and discharged husband thereof.
Being of age, wife married herself. Husband accepted this.
Husband and wife stated that they had set no conditions between them.
Wife's statements have been received by the two notaries directly from her as she speaks Arabic.

Testimony received from contracting parties while they are sound in mind and memory.
Drawn up *at above-mentioned date (Aug.25, 2006)*.

There follow the signatures of husband and wife.
There follow the abovementioned notaries' signatures..

There follow the notarization statement, stamp and signature of **Notary Judge** of **Marrakech**, Mr. **Abdellah Souhail**, affixed on **Sep. 04, 2006.**

(PTO)

On the reverse side: Mr. *Abdellah SOUHAIL's* signature was notarized by the *President of First Instance Tribunal of Marrakech, Mr. Abdellatif Abdelmounaim, ,* on **June 04th 2009** under N°**754/09.**

There follow **Mr. Abdellatif Abdelmounaim's** signature and stamp and said *tribunal's President's* seal.

There follows the notarization of Mr. *Abdellatif Abdelmounaim's* signature at the *Ministry of Foreign Affairs and of Cooperation* in *Rabat* by Mr. *Said NAIT BACHIR, Head of Administrative Affairs Department,* signing on behalf of *the Director of Consular and Social Affairs* and under his authority, in *Rabat* on *June 18th 2009.*

There follow Mr. *Said NAIT BACHIR's* signature and stamp, and seal of *Ministry of Foreign Affairs and of Cooperation* in *Rabat.*

Translated from Arabic on June 20, 2009

I , in my capacity as court certified translator , competent and duly authorized to translate from and into Arabic, French and English, do hereby certify to the best of my knowledge and intention that the above translation is a true and accurate translation of the original.



Re: Maryam Abdrahman
Wed, August 12, 2009 11:03:17 PM
From: "Bergaust, Christopher"
        <BergaustC@state.gov>
        View Contact

To:    nomadiclisa@yahoo.com

Lisa,

Thanks for the update. I am not an attorney, but I would urge you to think very carefully about giving Selma to Hicham. He is the father, and certainly has rights as such. However, you are the mother and also have rights. In my limited experience, once you give up custody of a child, it is almost impossible to get back. You have as much right to Selma's passport as Hicham does. It doesn't really matter anyway who has the passport and birth certificate because they are going to be cancelled and re-issued to reflect Hicham as the father, with Selma's correct name.

As far as I am aware, Hicham is not in touch with the CIA - they have nothing to do with passports and minor child custody. He is probably referring to the diplomatic security agent, who works for the State Department, who is in charge of your case. You should not feel intimidated by this officer. I can pass along his contact information if you like.

While Hicham can try suing the Department, he won't get very far. Abdellah is also not getting fired over this case because he didn't do anything wrong.

Hicham is not allowed to work in the U.S. because he was only given a limited-validity visa to see his daughter and to try and sort out the whole situation. I am unaware of any way that he can adjust his status in the U.S. to stay permanently. He will need to return to Morocco. If he overstays his visa, he will be in jeopardy of becoming banned from re-entering the states.

Before giving up your daughter, I would highly recommend getting legal advice and put whatever custody arrangements you may have in writing. Just my two cents...

Chris



**RE: Selma s Dad**                              Friday, October 9, 2009 7:44 AM

**From:** "ACS, Casablanca" <ACSCasablanca@state.gov>
**To:** "mesnaoui hicham" <hichammesnaoui@yahoo.com>

Mr. Mesnaoui,

Unfortunately, we cannot help you from our end.  You need to follow up your daughter's case in the States.

Regards,

NT
American Citizens Services
American Consulate General
8 Blvd Moulay Youssef
Casablanca, Morocco
Website: http://casablanca.usconsulate.gov
Hours of Service:
Monday to Thursday
8:30am to 9:30am
1:30pm to 3:00pm

**From:** mesnaoui hicham [mailto:hichammesnaoui@yahoo.com]
**Sent:** Friday, October 09, 2009 5:55 AM
**To:** ACS, Casablanca
**Subject:** Selma s Dad

Dear Vice consul chris
I need know what s next step about my daughter's case,i get dail with my wife without open case in the court like i said
in my interview to get visa in last june .
I gave us passport of my daughter to Agent Birlowetz in D.O.S .

So i have know this case where going to.

Thank you

Hicham

Moroccan American Association of Northern California
الجمعية المغربية الأمريكية لشمال كاليفورنيا



U.S. Senator Dianne Feinstein

One Post Street, Suite 2450
San Francisco, CA 94104

Dear Senator Dianne Feinstein

The Moroccan American Association of Northern California (MAANC), would like to ask for your urgent attention to this very important matter concerning a Moroccan citizen currently present in the United States.

Mr. Hicham Mesnaoui, has undergone a tremendous ordeal when his ex-wife kidnapped his daughter from Morocco, with the help of the US consulate in Casablanca.

The US consulate forged a US passport to smuggle his daughter out of the country, and furthermore, offered him a limited entry visa to come search for his daughter.

Now that he found his daughter, proved his case in court, and won 50% custody, he's in jeopardy of having his visa expire and being forced to go back to Morocco, with no hope to see his daughter again.

We as the Moroccan American Association of Northern California (MAANC), stand 100% behind Mr. Hicham Mesnaoui, and will do everything in our power to help him stay close to his daughter.

Thank you for your consideration to this urgent matter. If we can provide any assistance whatsoever, please contact me at 510-200-1900.


Sincerely,

Mohamed Aitali
President of MAANC


10. 20. 10

1680 WEST WINTON, HAYWARD CA94545 U.S.A
TEL (510) 732-6846
FAX(510) 732-6967

DIANNE FEINSTEIN
CALIFORNIA

SELECT COMMITTEE ON
INTELLIGENCE—CHAIRMAN
COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

November 17, 2010

Mr. Mohamed Aitali
Moroccan American Association of Northern California
1680 W Winton Ave, Suite 6
Hayward, California 94545

Dear Mr. Aitali:

Thank you for your letter regarding Mr. Mesnaoui's visa and his attempts to remain in the U.S.

As you are probably aware, immigration laws and procedures change on a regular basis. Because immigration cases like this one often involve difficult and complex issues, I can only recommend that Mr. Mesnaoui consult with an attorney who has experience in immigration law.

Mr. Mesnaoui may wish to contact the American Immigration Lawyers Association (AILA) attorney referral service at 1-800-954-0254 or by e-mail at ilrs@aila.org for assistance in finding an immigration attorney.

I hope this information will be helpful. Should you have any future problems with a federal agency, please do not hesitate to contact me or my staff. I am sorry that we could not provide a more favorable response.

Sincerely,

Dianne Feinstein
United States Senator

DF:mf

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707

Re: nice news

Sun, August 9, 2009 8:48:53 PM

From:    "Berlowitz, James A" <BerlowitzJA@state.gov>View Contact

To:      hichammesnaoui@yahoo.com


Hicham, can we talk tomorrow? What number can I contact you at?

JB
Jamie Berlowitz

Special Agent
San Francisco Field Office
235 Pine St.
Suite 900
San Francisco, CA 94104
(415) 705-1176 office
(415) 705-1187 fax


----- Original Message -----
From: mesnaoui hicham <hichammesnaoui@yahoo.com>
To: Berlowitz, James A
Sent: Sun Aug 09 22:16:22 2009
Subject: nice news

Dear Berlowitz
lisa will give my daughter and back home.
i need just time to get moroccan passport and correct us passport.

thank you

RE: nice news

Wed, August 12, 2009 2:07:31 PM

From:   "Berlowitz, James A" <BerlowitzJA@state.gov>View Contact

To:     mesnaoui hicham <hichammesnaoui@yahoo.com>

Hicham,

I received your voicemail today. When available, please contact me at 415 705 1242.

Thank you,

Jamie Berlowitz

-----Original Message-----
From: mesnaoui hicham [mailto:hichammesnaoui@yahoo.com]
Sent: Monday, August 10, 2009 3:32 PM
To: Berlowitz, James A
Subject: Re: nice news

Dear Berlowitz

I got us passport for my daughter ,and her birth certificate so i m going with lisa to do best thing for my daughter,we discus about correct her name and my wife divorce a leval personnel (me and lisa).

Dear Berlowitz
My cell phone is (631)877-8871,but my SIM blocked because i forgot password.
Tomorow i ll fix my cell phone.

Thank you,

Hicham


--- On Sun, 8/9/09, Berlowitz, James A <BerlowitzJA@state.gov> wrote:

> From: Berlowitz, James A <BerlowitzJA@state.gov>
> Subject: Re: nice news
> To: hichammesnaoui@yahoo.com
> Date: Sunday, August 9, 2009, 8:48 PM
> Hicham, can we talk
> tomorrow? What number can I contact you at?
>

Monday, December 13th 2010

United States Citizen and Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

RE: Application for U Visa for Eligible Victim of Conspiracy to Kidnap for Mr. Hicham Mesnaoui

To whom it may concern,

My name is Hicham Mesnaoui, and I'm a victim of an international kidnapping operation, which resulted in substantial financial, physical, and mental abuse.

This started when the U.S. Consulate in Morocco represented by the U.S. Vice-Counselor, conspired to produce a forged U.S. passport in order to smuggle my daughter, Selma Mesnaoui, out of Morocco and into the United States.

After confronting the U.S. Vice-Counselor about his involvement in this horrendous act, he offered me a 2-month tourist visa to come look for my daughter.

Thinking in retrospect, the only reason he offered me the visa was to have me to lay off his back, and to get me into the Unites States, to be deported later on as soon as my visa expires, as it didn't occur to him that I could find my daughter in such a very short period of time.

This act clearly shows a serious abuse of power, using not only direct resources given to him, by forging a U.S. passport using the U.S. Consulate in Morocco, but also indirect resources by attempting to use the immigration system, which of course would force me to leave the United States once my visa is expired, and thus depriving my daughter from ever seeing her own father.

However, I was lucky enough to be able to find my daughter in such a short time, thanks to the help of the D.A in the criminal court of Oakland, CA.

Once I arrived, I started a series of investigations and lawsuits, which have allowed me to successfully locate and reunite with my daughter, and to be granted 50% custody later on. (Please find details of all investigations and lawsuits in the attached documents)

Despite the joint custody, Hon. Peter J. McBrien, denied my request to take my daughter back to Morocco, and thus forcing me to stay in the United Stated to be with her.

Being a victim of this international conspiracy, with no right to work and no reliable source of income, and with the ongoing stress of dealing with the immigration, I'm finding it very difficult to support my daughter.

After several inquiries about how to best approach my situation, I have discovered that I'm eligible for a U-visa, under the terms of 8 U.S.C. § 1101(a)(15)(U), and would like to apply for it.

I would also like to file my I-765 application for Employment Authorization based on my pending I-918 application for U-visa, to allow me to provide a reasonable lifestyle for me and my daughter.

My I-918 application is missing the certification from a certifying official, which despite my full cooperation in the investigation led by the diplomatic office security, represented partially by the fact that I handed them the forged U.S. passport used to smuggle my daughter into the United States, they refused to provide me with the certification form, leading me to believe that the scope of the conspiracy to deprive me from my daughter has widened, especially that the diplomatic office security didn't take any action in pursuing the culprit of this crime, refused to return the forged U.S. passport to me, and completely dismissed the case in October 2010.

I was however given the following case number: PF-2009-03203, which I'm not quite certain of its authenticity.

I respectfully request that the CIS grant my application for a U-visa, to allow me to stay with my daughter.

Enclosed please find the following in support of these requests:

Hichem Mesnaoui

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|
| EAC1106250183 | | 1/11/2011 |

| CASE TYPE | | | |
|---|---|---|---|
| X999 Unkown Form Type | | | |

| SOCIAL SECURITY NUMBER | USCIS A# | CODE |
|---|---|---|
| | A201118707 | 3 |

| TCR | SERVICE CENTER | PAGE |
|---|---|---|
| | ESC | 1 of 1 |

HICHAM MESNAOUI
1680 WEST WINTON AVE#6
HAYWARD, CA 94545



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
|---|---|
| USCIS OAKLAND | |
| 2040 TELEGRAPH AVE. | **DATE AND TIME OF APPOINTMENT** |
| OAKLAND, CA 94612 | 02/08/2011 |
| | 8:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. if you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS OAKLAND, 2040 TELEGRAPH AVE., OAKLAND, CA 94612

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: XB
BIOMETRICS QA REVIEW BY
234569   ON   2/8/11
TENPRINTS QA REVIEW BY
234569   ON   2/8/11

| APPLICATION NUMBER 1 | |
|---|---|
| X999 | EAC1106250183 |



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 12/28/09) Y